UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    KELVIN E CROSS  
    TANIKA M CROSS  
        Debtor(s)

Case No. 09-42930

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/12/2009.

2) The plan was confirmed on 03/26/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/16/2010, 04/05/2012, 07/11/2013, 08/22/2013, 09/05/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/22/2012.

5) The case was completed on 03/10/2015.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $45,245.93.

10) Amount of unsecured claims discharged without payment: $16,944.65.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $144,391.34 |
| Less amount refunded to debtor | $304.00 |

**NET RECEIPTS:** $144,087.34

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,373.36 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,873.36

Attorney fees paid and disclosed by debtor:     $1,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACE AMERICAS CASH EXPR | Unsecured | 1,373.00 | 1,372.90 | 1,372.90 | 1,174.26 | 0.00 |
| ANSON STREET LLC | Secured | 1,475.00 | 1,474.92 | 1,474.92 | 1,474.92 | 0.00 |
| ANSON STREET LLC | Secured | 0.00 | 49,481.77 | 49,481.77 | 49,481.77 | 12,713.61 |
| ASSOCIATED IMAGING SPECIALISTS | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 960.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 917.00 | 1,052.26 | 1,052.26 | 690.65 | 0.00 |
| BECKET & LEE LLP | Unsecured | 0.00 | 380.32 | 380.32 | 249.62 | 0.00 |
| BECKET & LEE LLP | Unsecured | NA | 264.89 | 264.89 | 226.56 | 0.00 |
| BLACK EXPRESSIONS | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,910.00 | 3,005.91 | 3,005.91 | 2,570.99 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| CLAIMS ACCOUNTING | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 745.00 | 744.57 | 744.57 | 636.84 | 0.00 |
| DISH NETWORK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 1,419.00 | 1,419.08 | 1,419.08 | 1,213.76 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 0.00 | 373.55 | 373.55 | 319.50 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 5,358.37 | 5,358.37 | 5,358.37 | 5,358.37 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIAT FINANCIAL | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| GRAND DENTAL ASSOC | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| JET LENDING | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL S SHAPIRO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 1,603.00 | 1,752.12 | 1,752.12 | 1,498.61 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY ONE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,185.00 | 509.94 | 509.94 | 436.16 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 243.00 | 380.12 | 380.12 | 325.12 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 28,196.00 | 26,837.17 | 26,837.17 | 22,954.15 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 617.00 | 626.32 | 626.32 | 535.70 | 0.00 |
| ROGERS & HOLLAND | Unsecured | 1,234.00 | 1,234.01 | 1,234.01 | 1,055.46 | 0.00 |
| ROYAL OPEN MRI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 949.00 | 949.00 | 949.00 | 811.69 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 3,310.00 | 2,455.80 | 2,455.80 | 2,100.48 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| THE STUDENT LOAN CORPORATION | Priority | 13,940.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 13,940.00 | 13,938.17 | 13,938.17 | 11,921.48 | 0.00 |
| UROLOGY ASSOC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTA | Secured | 8,438.43 | 8,157.22 | 8,157.22 | 8,157.22 | 717.32 |
| WELLS FARGO FINANCIAL BANK | Unsecured | 11,517.00 | 7,601.03 | 7,601.03 | 6,501.25 | 0.00 |
| WELLS FARGO FINANCIAL BANK | Unsecured | NA | 3,610.95 | 3,610.95 | 3,088.49 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $49,481.77 | $49,481.77 | $12,713.61 |
| Mortgage Arrearage | $6,833.29 | $6,833.29 | $0.00 |
| Debt Secured by Vehicle | $8,157.22 | $8,157.22 | $717.32 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$64,472.28** | **$64,472.28** | **$13,430.93** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$68,508.11** | **$58,310.77** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $7,873.36 |
| Disbursements to Creditors | $136,213.98 |
| **TOTAL DISBURSEMENTS** : | **$144,087.34** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/09/2015      By: /s/ Glenn Stearns

                                                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**